JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 13-03505 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **HAAMED TEMORY, et al.,** | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Haamed Temory and Omar Temory, individually and doing business as New York Deli, based upon the Court's prior grant of summary judgment in favor of plaintiff. Under the circumstances of the case, the Court believes that the award of the commercial sublicense fee of $2,200.00 is appropriate.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Haamed Temory and Omar Temory, individually and doing business as New York Deli, shall pay the plaintiff, J & J Sports Productions, Inc., $2,200.00 in total damages. Plaintiff may submit its motion for costs and

1 attorneys' fees within fourteen (14) days.

2      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
3 mail or by telefax or by email, copies of this Judgment on counsel for the
4 defendants or the pro se defendants in this matter.

7 Dated: June 30, 2015

_____
William Keller
United States District Judge